FILED: July 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1687
(8:25-cv-01628-MJM)
_____

MARY BOYLE; ALEXANDER HOEHN-SARIC; RICHARD TRUMKA JR.

       Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; PETER A. FELDMAN, in his official capacity as Acting Chairman of the U.S. Consumer Product Safety Commission

       Defendants - Appellants

_____

O R D E R
_____

Upon consideration of appellees' consent motion to expedite the appeal, the court grants the motion to expedite the briefing schedule and modifies the briefing schedule as follows:

       Joint Appendix due:         August 11, 2025

| | |
|---|---|
| Opening Brief due: | August 11, 2025 |
| Response Brief due: | August 22, 2025 |
| Reply Brief due: | August 29, 2025. |

          For the Court

          <u>/s/ Nwamaka Anowi, Clerk</u>