FILED: August 19, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1687
(8:25-cv-01628-MJM)

_____

MARY BOYLE; ALEXANDER HOEHN-SARIC; RICHARD TRUMKA JR.

   Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; PETER A. FELDMAN, in his official capacity as Acting Chairman of the U.S. Consumer Product Safety Commission

   Defendants - Appellants

------------------------------

STATE OF FLORIDA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF MISSISSIPPI; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH; STATE OF WEST VIRGINIA; ARIZONA LEGISLATURE; NEW CIVIL LIBERTIES ALLIANCE

   Amici Supporting Appellants

_____

## O R D E R

_____

The State of Florida, the State of Alabama, the State of Alaska, the State of Arkansas, the State of Georgia, the State of Idaho, the State of Indiana, the State of Iowa, the State of Kansas, the State of Kentucky, the State of Louisiana, the State of Montana, the State of Mississippi, the State of North Dakota, the State of Oklahoma, the State of South Dakota, the State of Tennessee, the State of Texas, the State of Utah, the State of West Virginia, and the Arizona Legislature have filed an amicus curiae brief.

The court accepts the brief for filing.

                                             For the Court--By Direction

                                             /s/ Nwamaka Anowi, Clerk