UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1687
(8:25-cv-01628-MJM)

_____

MARY BOYLE; ALEXANDER HOEHN-SARIC; RICHARD TRUMKA JR.

        Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; PETER A. FELDMAN, in his official capacity as Acting Chairman of the U.S. Consumer Product Safety Commission

        Defendants - Appellants

------------------------------

STATE OF FLORIDA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF MISSISSIPPI; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH; STATE OF WEST VIRGINIA; ARIZONA LEGISLATURE; NEW CIVIL LIBERTIES ALLIANCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

        Amici Supporting Appellants

_____

O R D E R

_____

Upon consideration of the motion for leave to file one day out of time the brief of amicus curiae the Chamber of Commerce of the United States of America in support of appellants, the court grants the motion.

                              For the Court

                              <u>/s/ Nwamaka Anowi, Clerk</u>