FILED: September 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1687
(8:25-cv-01628-MJM)

_____

MARY BOYLE; ALEXANDER HOEHN-SARIC; RICHARD TRUMKA JR.

　　　　Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; PETER A. FELDMAN, in his official capacity as Acting Chairman of the U.S. Consumer Product Safety Commission

　　　　Defendants - Appellants

------------------------------

STATE OF FLORIDA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF MISSISSIPPI; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH; STATE OF WEST VIRGINIA; ARIZONA LEGISLATURE; NEW CIVIL LIBERTIES ALLIANCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

　　　　Amici Supporting Appellants

CONSUMER FEDERATION OF AMERICA; CONSUMER REPORTS;

AMERICAN ACADEMY OF PEDIATRICS; CENTER FOR CONSUMER LAW & ECONOMIC JUSTICE; NATIONAL ASSOCIATION OF CONSUMER ADVOCATES; NATIONAL CENTER FOR HEALTH RESEARCH; NATIONAL CONSUMERS LEAGUE; CONSTITUTIONAL ACCOUNTABILITY CENTER; PROFESSOR JANE MANNERS; AMY KLOBUCHAR; MARIA CANTWELL; RICHARD BLUMENTHAL; DEBBIE WASSERMAN SCHULTZ; CHRIS VAN HOLLEN; BEN RAY LUJAN; RUBEN GALLEGO; TAMMY BALDWIN; ELISSA SLOTKIN; EDWARD J. MARKEY; CORY A. BOOKER; TAMMY DUCKWORTH; JACKY ROSEN; KIRSTEN E. GILLIBRAND; RICHARD J. DURBIN; FRANK PALLONE, JR.; JAN SCHAKOWSKY; SANFORD D. BISHOP, JR.; ROBIN L. KELLY; KEVIN MULLIN; DORIS MATSUI; DIANA DEGETTE; DEBBIE DINGELL; YVETTE CLARKE; JENNIFER L. MCCLELLAN; KATHY CASTOR; NORMA J. TORRES

    Amici Supporting Appellees

———————————

O R D E R

———————————

Amy Klobuchar, Maria Cantwell, Richard Blumenthal, Debbie Wasserman Schultz, Chris Van Hollen, Ben Ray Lujan, Ruben Gallego, Tammy Baldwin, Elissa Slotkin, Edward J. Markey, Cory A. Booker, Tammy Duckworth, Jacky Rosen, Kirsten E. Gillibrand, Richard J. Durbin, Frank Pallone, Jr., Jan Schakowsky, Sanford D. Bishop, Jr., Robin L. Kelly, Kevin Mullin, Doris Matsui, Diana DeGette, Debbie Dingell, Yvette Clarke, Jennifer L. McClellan, Kathy Castor, and Nora J. Torres have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

Counsel is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk