FILED: October 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1687
(8:25-cv-01628-MJM)

_____

MARY BOYLE; ALEXANDER HOEHN-SARIC; RICHARD TRUMKA JR.

      Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; PETER A. FELDMAN, in his official capacity as Acting Chairman of the U.S. Consumer Product Safety Commission

      Defendants - Appellants

------------------------------

STATE OF FLORIDA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF MISSISSIPPI; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH; STATE OF WEST VIRGINIA; ARIZONA LEGISLATURE; NEW CIVIL LIBERTIES ALLIANCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

Amici Supporting Appellants

CONSUMER FEDERATION OF AMERICA; CONSUMER REPORTS; AMERICAN ACADEMY OF PEDIATRICS; CENTER FOR CONSUMER LAW & ECONOMIC JUSTICE; NATIONAL ASSOCIATION OF CONSUMER ADVOCATES; NATIONAL CENTER FOR HEALTH RESEARCH; NATIONAL CONSUMERS LEAGUE; CONSTITUTIONAL ACCOUNTABILITY CENTER; PROFESSOR JANE MANNERS; AMY KLOBUCHAR; MARIA CANTWELL; RICHARD BLUMENTHAL; DEBBIE WASSERMAN SCHULTZ; CHRIS VAN HOLLEN; BEN RAY LUJAN; RUBEN GALLEGO; TAMMY BALDWIN; ELISSA SLOTKIN; EDWARD J. MARKEY; CORY A. BOOKER; TAMMY DUCKWORTH; JACKY ROSEN; KIRSTEN E. GILLIBRAND; RICHARD J. DURBIN; FRANK PALLONE, JR.; JAN SCHAKOWSKY; SANFORD D. BISHOP, JR.; ROBIN L. KELLY; KEVIN MULLIN; DORIS MATSUI; DIANA DEGETTE; DEBBIE DINGELL; YVETTE CLARKE; JENNIFER L. MCCLELLAN; KATHY CASTOR; NORMA J. TORRES

Amici Supporting Appellees

_____

O R D E R

_____

For reasons appearing to the court, this case is placed in abeyance pending a decision by the United States Supreme Court in *Trump v. Slaughter*, No. 25-332.

For the Court

/s/ Nwamaka Anowi, Clerk