**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| MARY BOYLE, ALEXANDER HOEHN-SARIC, and RICHARD TRUMKA JR.,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; and PETER A. FELDMAN, in his official capacity as Acting Chairman of the U.S. Product Safety Commission,<br><br>*Defendants-Appellants*. | Case No. 25-1687 |

**JOINT MOTION FOR SUMMARY REVERSAL**

Defendants-Appellants Donald J. Trump, Scott Bessent, Russell Vought, and Peter A. Feldman and Plaintiffs-Appellees Mary Boyle, Alexander Hoehn-Saric, and Richard Trumka Jr. hereby jointly move for summary reversal of the district court's decision in this case, in light of the Supreme Court's intervening ruling in *Trump v. Slaughter*, 146 S. Ct. 2283 (2026).

Plaintiffs-Appellees filed this lawsuit in 2025 to challenge their termination from their roles as Commissioners on the Consumer Product Safety Commission in violation of their statutory tenure protections. The district court issued a final judgment in the Commissioners' favor on June 13, 2025. The court held that the terminations violated 15 U.S.C. § 2053(a), which provides that "[a]ny member of the Commission may be removed by the President for neglect of duty or malfeasance in office but for no other cause." Although Defendants-Appellants argued that the statute imposed an unconstitutional limit on the President's removal power, the court held that *Humphrey's Executor v. United States*, 295 U.S. 602 (1935), foreclosed that argument. Defendants-Appellants timely appealed.

While this appeal was pending, the Supreme Court issued its decision in *Trump v. Slaughter*. The decision overruled *Humphrey's Executor* and held that statutory tenure protections comparable to the ones at issue in this case violate constitutional separation of powers principles. *See Slaughter*, 146 S. Ct. at 2302.

In light of *Slaughter*, the parties jointly move this Court to summarily reverse the decision below.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Nicholas A. Sansone*
Nicolas A. Sansone
Stephanie Garlock
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs-Appellees*

Brett A. Shumate
*Assistant Attorney General*

Eric D. McArthur
*Deputy Assistant Attorney General*

Mark R. Freeman
Michael S. Raab
Laura E. Myron
*/s/ Daniel Aguilar*
Daniel Aguilar
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530-0001*
*(202) 305-1754*
Daniel.J.Aguilar@usdoj.gov

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 237 words.

This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Georgia.

*/s/ Daniel Aguilar*
Daniel Aguilar
*Counsel for Defendants-Appellants*