FILED: September 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1687
(8:25-cv-01628-MJM)

---

MARY BOYLE; ALEXANDER HOEHN-SARIC; RICHARD TRUMKA JR.

Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; PETER A. FELDMAN, in his official capacity as Acting Chairman of the U.S. Consumer Product Safety Commission

Defendants - Appellants

------------------------------

STATE OF FLORIDA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF MISSISSIPPI; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH; STATE OF WEST VIRGINIA; ARIZONA LEGISLATURE; NEW CIVIL LIBERTIES ALLIANCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

Amici Supporting Appellants

CONSUMER FEDERATION OF AMERICA; CONSUMER REPORTS; AMERICAN ACADEMY OF PEDIATRICS; CENTER FOR CONSUMER LAW & ECONOMIC JUSTICE; NATIONAL ASSOCIATION OF CONSUMER ADVOCATES; NATIONAL CENTER FOR HEALTH RESEARCH; NATIONAL CONSUMERS LEAGUE; CONSTITUTIONAL ACCOUNTABILITY CENTER; PROFESSOR JANE MANNERS; AMY KLOBUCHAR; MARIA CANTWELL; RICHARD BLUMENTHAL; DEBBIE WASSERMAN SCHULTZ; CHRIS VAN HOLLEN; BEN RAY LUJAN; RUBEN GALLEGO; TAMMY BALDWIN; ELISSA SLOTKIN; EDWARD J. MARKEY; CORY A. BOOKER; TAMMY DUCKWORTH; JACKY ROSEN; KIRSTEN E. GILLIBRAND; RICHARD J. DURBIN; FRANK PALLONE, JR.; JAN SCHAKOWSKY; SANFORD D. BISHOP, JR.; ROBIN L. KELLY; KEVIN MULLIN; DORIS MATSUI; DIANA DEGETTE; DEBBIE DINGELL; YVETTE CLARKE; JENNIFER L. MCCLELLAN; KATHY CASTOR; NORMA J. TORRES

Amici Supporting Appellees

---

O R D E R

---

Upon consideration of the joint motion for summary reversal, the court grants the motion for summary reversal and remands the case to the district court for further proceedings.

Entered at the direction of Judge Heytens with the concurrence of Judge Gregory and Judge Wynn.

For the Court

/s/ Nwamaka Anowi, Clerk